**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-02767-JJG-7 |
| | ) | |
| BIANCA WELLSLEY PHILLIPS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jeffrey J. Graham |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Now comes Indiana Center for Recovery, LLC, party in interest in the above styled action, pursuant to Federal rule of Bankruptcy Procedure 2002(g), and requests that all notices required to be mailed or served in this case be directed to:

John M. Stringfield
Clendening Johnson & Bohrer, P.C.
409 W. Patterson Drive, Suite 205
Bloomington, IN 47403
Telephone: 812-332-1000
jstringfield@lawcjb.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), John M. Stringfield hereby enters his Notice of Appearance in this matter on behalf of Indiana Center for Recovery, LLC.

Dated: August 9, 2021 Respectfully Submitted,

By: */s/ John M. Stringfield*
John M. Stringfield
**Clendening Johnson & Bohrer, P.C.**
409 W. Patterson Drive, Suite 205
Bloomington, IN 47403
Telephone: 812-332-1000
jstringfield@lawcjb.com
Attorney for Indiana Center for Recovery, LLC

**Certificate of Service**

I hereby certify that on August 9, 2021, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

***Trustee***
Michael J. Hebenstreit
One American Square, Suite 2500
Indianapolis, IN 46282
mhebenstreit@lewiskappes.com

***Debtor's Counsel***
Bradley A. Gregory
1700 W Smith Valley Road, Suite A-8
Greenwood, IN 46142
sdin@gregorydebtlaw.com

***U.S. Trustee***
Office of U.S. Trustee
101 W. Ohio St., Ste. 1000
Indianapolis, IN 46204
Ustpregion10.in.ecf@usdoj.gov

*/s/ John M. Stringfield*
John M. Stringfield

G:\My Drive\Clio\United Pharmacy\16022-13\00 Pleadings\Appearance_JMS.docx